UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANESSA PICKETT, individually, JC PICKETT, a minor child, KV PICKETT, a minor child, IAN PICKETT and KHALIA PICKETT, husband and wife, both individually and on behalf of their minor children,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br>                    Defendant. | NO: 2:20-CV-0426-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice (ECF No. 65). The parties agree that all claims and causes of action asserted by Plaintiffs against Defendant are dismissed with prejudice and without attorneys' fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorneys' fees or costs to any party.

2. All deadlines, hearings and trial are **VACATED**.

3. Pursuant to the Court's Order Approving Minors' Settlement, ECF No. 63, the Court maintains jurisdiction over this matter until JC and KV Pickett receive their settlement award upon turning 18 years old, respectively.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 7, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2